UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MCCOMB,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEUNG BOK CHANG; SOOK JA CHANG; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-01163-CAS-AS<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: January 22, 2015    *Christina A. Snyder*

　　　　　　　　　HONORABLE CHRISTINA A. SNYDER
　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE